# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 15-1556        Short Title: Goldberg v. Uber Technologies

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Hirease, LLC _____ as the

[ ] appellant(s)          [✔] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/Barry J. Miller                        5/7/2015
Signature                                 Date

Barry J. Miller
Name

Seyfarth Shaw LLP                         617-946-4800
Firm Name (if applicable)                 Telephone Number

Two Seaport Lane Suite 300                617-946-4801
Address                                   Fax Number

Boston, MA 02210                          bmiller@seyfarth.com
City, State, Zip Code                     Email (required)

Court of Appeals Bar Number: 1129803

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes    Court of Appeals No. _____

==============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.**  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).

CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2015, this document was filed through the Court's ECF system and that Plaintiffs' counsel includes registered users designated to receive Notices of Electronic Filings in this matter.

/s/Barry J. Miller
Barry J. Miller