# United States Court of Appeals
## For the First Circuit

### DOCKETING STATEMENT

**No.** 15-1556         **Short Title:** Goldberg v. Uber Technologies, Inc. et al

**Type of Action**

- [✓] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from 04/07/2015
   2. Date this notice of appeal filed 05/06/2015
      If cross appeal, date first notice of appeal filed _____
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) _____
   4. Date of entry of order deciding above post-judgment motion _____
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) _____
      Time extended to _____

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits?  [✓] Yes   [ ] No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?  [ ] Yes   [ ] No
         If yes, explain _____
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?  [ ] Yes   [ ] No
         If yes, explain _____

C. Has this case previously been appealed?  [ ] Yes   [✓] No
   If yes, give the case name, docket number and disposition of each prior appeal
   _____

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?  [ ] Yes   [✓] No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☐ Yes ☑ No
If yes, is a transcript necessary for this appeal? ☐ Yes ☐ No
If yes, is transcript already on file with district court? ☐ Yes ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

  1. Adverse party Uber Technologies, Inc.
     Attorney Carie A. Torrence
     Address Littler Mendelson, 1 International Place, Suite 2700, Boston, MA 02110
     Telephone 617-378-6035

  2. Adverse party Rasier LLC
     Attorney Carie A. Torrence
     Address Littler Mendelson, 1 International Place, Suite 2700, Boston, MA 02110
     Telephone 617-378-6035

  3. Adverse party Hirease LLC
     Attorney Barry J. Miller
     Address Seyfarth Shaw, World Trade Center East, 2 Seaport Ln., Suite 300, Boston, MA 02110
     Telephone 617-946-4800

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

  1. Appellant's name Mark Goldberg
     Address c/o Gordon Law Group, LLP, 585 Boylston St., Boston, MA 02116
     Telephone 617-536-1800

     Attorney's name Philip J. Gordon
     Firm Gordon Law Group, LLP
     Address 585 Boylston Street, Boston, MA 02116
     Telephone 617-536-1800

  2. Appellant's name
     Address
     Telephone

     Attorney's name
     Firm
     Address
     Telephone

Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  /s/ Philip J. Gordon
Date  05/20/2015

## Certificate of Service

    I hereby certify that this notice of appearance form, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, including Carie A. Torrence, Esq. and Barry J. Miller, Esq., on May 20, 2015.

/s/ Philip J. Gordon
Philip J. Gordon