# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name __Goldberg v. Uber Technologies, Inc. et al__

District Court Case No. __14-cv-14264-RGS__    District of Massachusetts ▼

Date Notice of Appeal filed __05/06/2015__    Court of Appeals Case No. __15-1556__

Form filed on behalf of __Mark Goldberg__

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal ✔

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

## TRANSCRIPT ORDER

Name of Court Reporter _____

Phone Number of Reporter _____

A. _____ **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) _____ | |
| ☐ Testimony (specify) _____ | |
| ☐ Other (specify) _____ | |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. _____ **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

☐ Private funds.
☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name __Philip J. Gordon__    Filer's Signature __/s/ Philip J. Gordon__

Firm/Address __Gordon Law Group, 585 Boylston St., Boston, MA__    Filer's Email address __pgordon@gordonllp.com__

Telephone number __617-536-1800__    Date mailed to court reporter __n/a__

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/09/09)    SEE INSTRUCTIONS ON REVERSE

## Certificate of Service

I hereby certify that this notice of appearance form, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, including Carie A. Torrence, Esq. and Barry J. Miller, Esq., on May 20, 2015.

/s/ Philip J. Gordon
Philip J. Gordon