# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 15-1556     **Short Title:** Goldberg v. Uber Technologies

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

__Mark Goldberg_____ as the

[✔] appellant(s)         [ ] appellee(s)         [ ] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

/s/ Philip J. Gordon                5/20/2015
Signature                           Date

Philip Gordon
Name

Gordon Law Group, LLP               617-536-1800
Firm Name (if applicable)           Telephone Number

585 Boylston Street                 617-536-1802
Address                             Fax Number

Boston, MA 02116                    pgordon@gordonllp.com
City, State, Zip Code               Email (required)

Court of Appeals Bar Number: 1142934

Has this case or any related case previously been on appeal?

[✔] No        [ ] Yes   Court of Appeals No. _____

---

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

## Certificate of Service

I hereby certify that this notice of appearance form, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, including Carie A. Torrence, Esq. and Barry J. Miller, Esq., on May 20, 2015.

/s/ Philip J. Gordon
Philip J. Gordon