# United States Court of Appeals
## For the First Circuit

No. 15-1556

MARK GOLDBERG, on behalf of himself and others similarly situated

Plaintiff - Appellant

v.

UBER TECHNOLOGIES, INC.; RASIER, LLC; HIREASE, LLC

Defendants - Appellees

**NOTICE**

Issued: May 22, 2015

    Our records indicate that the attorneys listed below have not registered for an appellate ECF account in this court. Any attorney who intends to file documents in this case must register immediately with PACER for an appellate ECF Filer account. An attorney who does not intend to file documents but wishes to receive immediate notice of docket activity in this case can select the option "other (not a public filer)" when they register. For more details regarding registration, please go to our website, www.ca1.uscourts.gov, and select "CM/ECF (Electronic Filing)."

    If you do not represent a party to this appeal and want to be removed from the service list, you may file a "Request for Removal from Service List." A copy of this form may be found on our on our website, www.ca1.uscourts.gov, located under "Forms & Instructions."

    **After June 5, 2015, the clerk's office will no longer send notice of court-issued documents to the following attorneys unless they register for an appellate ECF account.**

Kristen M. Hurley
Lauren S. Wachsman
Rod Fliegel
Michael T. Marshall
William J. Simmons

                                                Margaret Carter, Clerk

UNITED STATES COURT OF APPEALS

FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager:  Adam Sparrow - (617) 748-9060


cc:
Rod Fliegel
Philip J. Gordon
Kristen M. Hurley
Michael T. Marshall
Barry J. Miller
William J. Simmons
Carie A. Torrence
Lauren S. Wachsman