# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.**             **Short Title:**

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

_____ as the

[ ] appellant(s)         [ ] appellee(s)         [ ] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

_____        _____
Signature                                        Date

_____
Name

_____        _____
Firm Name (if applicable)                        Telephone Number

_____        _____
Address                                          Fax Number

_____        _____
City, State, Zip Code                            Email (required)

Court of Appeals Bar Number: _____

Has this case or any related case previously been on appeal?

[ ] No         [ ] Yes   Court of Appeals No._____

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

## CERTIFICATE OF SERVICE

  I hereby certify that on June 25, 2015, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

> Philip J. Gordon
> Kristen M. Hurley
> Gordon Law Group LLP
> 585 Boylston Street
> Boston, MA 02116
>
> Barry J. Miller
> Lauren S. Wachsman
> Seyfarth Shaw LLP
> 2 Seaport Lane, Suite 300
> Boston, MA 02210

      /s/ Rod M. Fliegel
      Rod M. Fliegel