# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.**            **Short Title:**

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

_____ as the

[ ] appellant(s)         [ ] appellee(s)         [ ] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

_____        _____
Signature                                    Date

_____
Name

_____        _____
Firm Name (if applicable)                    Telephone Number

_____        _____
Address                                      Fax Number

_____        _____
City, State, Zip Code                        Email (required)

Court of Appeals Bar Number: _____

Has this case or any related case previously been on appeal?

[ ] No          [ ] Yes   Court of Appeals No. _____

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

## CERTIFICATE OF SERVICE

  I hereby certify that on June 26, 2015, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

    Philip J. Gordon
    Gordon Law Group LLP
    585 Boylston Street
    Boston, MA  02116

    Barry J. Miller
    Lauren S. Wachsman
    Seyfarth Shaw LLP
    2 Seaport Lane, Suite 300
    Boston, MA  02210

        /s/ William J. Simmons
        William J. Simmons