UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

| | |
|---|---|
| MARK GOLDBERG, on behalf of himself and others similarly situated,<br><br>    PLAINTIFF<br> v.<br><br>UBER TECHNOLOGIES, INC., RASIER LLC, & HIREASE, LLC,<br><br>    DEFENDANTS. | Civil Action No.: 15-1556 |

**APPELLANT'S MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S BRIEF**

  Now comes the Appellant with this Motion for an Extension of Time to File Appellant's Brief for thirty (30) days following the date that a mediation is scheduled with the Honorable Patrick J. King, Settlement Counsel for the United States Court of Appeals. As grounds therefore, Appellant states that the parties are currently in the process of selecting a mediation date with Judge King – a process the parties have been pursuing diligently – and would like to attempt to settle this matter prior to engaging in the costly and time consuming process of drafting appellate briefs.

  Wherefore, the Appellant respectfully requests that this honorable court grant his Motion for an Extension of Time to File Appellant's Brief.

                  Respectfully submitted,

                  /s/ Philip J. Gordon
                  Philip J. Gordon (BBO #630989)
                  Kristen M. Hurley (BBO #658237)
                  GORDON LAW GROUP, LLP
                  585 Boylston Street
                  Boston, MA 02116
                  617-536-1800
                  pgordon@gordonllp.com

Dated: July 16, 2015

## **Certificate of Service**

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, on July 16, 2015.

/s/ Philip J. Gordon
Philip J. Gordon
