# United States Court of Appeals
## For the First Circuit

No. 15-1556

MARK GOLDBERG, on behalf of himself and others similarly situated,

Plaintiff - Appellant,

v.

UBER TECHNOLOGIES, INC.; RASIER, LLC; HIREASE, LLC,

Defendants - Appellees.

**ORDER OF COURT**

Entered: July 20, 2015
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellant Mark Goldberg to file a brief and an appendix be enlarged to and including **September 2, 2015**.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Rod Michael Fliegel
Philip J. Gordon
Barry J. Miller
William J. Simmons
Carie A. Torrence
Lauren S. Wachsman