# United States Court of Appeals
## For the First Circuit

No. 15-1556

MARK GOLDBERG, on behalf of himself and others similarly situated

Plaintiff - Appellant

v.

UBER TECHNOLOGIES, INC.; RASIER, LLC; HIREASE, LLC

Defendants - Appellees

_____

### JUDGMENT

Entered: October 27, 2015
Pursuant to 1st Cir. R. 27.0(d)

    Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

    Mandate to issue forthwith.

                                              By the Court:

                                              /s/ Margaret Carter, Clerk

cc:
Philip J. Gordon
Carie A. Torrence
Rod Michael Fliegel
William J. Simmons
Barry J. Miller
Lauren S. Wachsman